CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES**  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Jonah Adelman
FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Jonah Adelman

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04M-0499
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Venturi Partners
IF YES, how much do you earn per month? $ 2,000
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $ 10,000

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No  finance a car
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Car payment | $349.00 | $ |
| | Student loan | $ | $50.00 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) OCT 14 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶