AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

USA

V

Enrico Botta

**APPEARANCE**

Case Number: 2004-M-0499 RBC-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Enrico Botta

I certify that I am admitted to practice in this court.

10/19/04
Date

_Edward J. Lee_
Signature

Edward J. Lee    #291480
Print Name    Bar Number

65 Franklin St, Suite 500
Address

Boston    MA    02110
City    State    Zip Code

617-350-6882    617-348-2147
Phone Number    Fax Number

10/19/04
Noreen Russo