# United States District Court
# District of Massachusetts

**UNITED STATES OF AMERICA**

      v.          **MAGISTRATE JUDGE'S DOCKET**
                          **NO. 2004m0499RBC-02**

**ENRICO BOTTA,**
        **Defendant.**

## *ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT*

**COLLINGS, U.S.M.J.**

Upon the allowance of the motion of the defendant, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to _WEDNESDAY, OCTOBER 27, 2004 AT 11:00 A.M. before the Honorable Lawrence P. Cohen at Courtroom #23, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts._

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

                          */s/ Robert B. Collings*
                          **ROBERT B. COLLINGS**
                          **United States Magistrate Judge**

**October 19, 2004.**